UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,       :

                                          :

          -against-             :

                                          :

EDWIN CORTEZ,                    :

                                          :

                Defendant.     :
-------------------------------------------------------x

**TURNOVER ORDER IN PARTIAL SATISFACTION OF RESTITUTION**
**Case Docket No. 14-cr-660**
**USMS Register No. 85503-053**

**Dora L. Irizarry, United States District Judge:**

On October 28, 2015, Defendant EDWIN CORTEZ ("Defendant") pled guilty to one count of advertising child pornography in violation of 18 U.S.C. § 2251(d)(1)(A).  Defendant was sentenced on August 8, 2016 to fifteen (15) years of imprisonment to be followed by ten (10) years of supervised release with conditions, and, *inter alia*, ordered to pay restitution to the victims in this case in the amount of $183,415, payable at the rate of $25 per quarter while in custody and 10 percent gross monthly income while on supervised release ("Restitution Order").  Interest on the restitution was waived.  *See,* Judgment and Commitment Order filed August 19, 2023, Dkt. Entry No. 42.

The Government has advised the Court that, as of September 6, 2023, Defendant still owes $182,765.00 in restitution to his victims.  *See,* Govt. Mot. for Victims Rights, Dkt. Entry No. 48 at 1.  The Government further advised the Court that the Bureau of Prisons ("BOP") has restrained $4,000.00 of the funds on deposit in Defendant's inmate trust account ("the restrained funds"), at the Government's request.  The Government now moves the Court to issue an Order authorizing the BOP to turn over the restrained funds for application to Defendant's outstanding obligations under the Restitution Order.  Defendant, represented by counsel, does not oppose the request.  *See,*

Response to Motion, Dkt. Entry No. 51.  Accordingly, pursuant to 18 U.S.C. § 3664(n), the

Government's motion is GRANTED and

It is hereby **ORDERED** that:

1. Within ten (10) days of the date of this Order, the Bureau of Prisons shall issue a check

to the Clerk of the Court of the Eastern District of New York for $4,000.00.  The check shall be

made payable to the "Clerk of the Court, EDNY" and shall reference "U.S. v. Edwin Cortez, 14-

cr-600."  The check shall be mailed to:

CLERK OF THE COURT
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

2.      The Clerk of the Court shall apply those funds to Defendant's restitution debt and

disburse said funds to the victims as set forth in the Judgment and Restitution Order issued by this

Court.

SO ORDERED.

DATED:  Brooklyn, New York
        October 25, 2023

_Dora L. Irizarry_
_____
DORA L. IRIZARRY
United States District Judge

2